■ In the Matter of TANYA M. [608 NYS2d 57] —Upon the Court's own motion, the appeal is restored for hearing and the Clerk is directed to calendar the appeal for the March 1994 Term. Concur—Sullivan, J. P., Carro, Rosenberger, Wallach and Rubin, JJ.